RECEIVED
USDC CLERK, CHARLESTON, SC
2017 FEB 15 PM 4:12

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Jason Dumaine Owens, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 9:15-4830-RMG |
| ) | |
| vs. ) | |
| ) | |
| Nancy A. Berryhill, Acting Commissioner ) | **ORDER** |
| of Social Security, ) | |
| ) | |
| Defendant. ) | |
| ) | |

This matter comes before the Court for judicial review of the final decision of the Commissioner of Social Security denying Plaintiff's application for Disability Insurance Benefits ("DIB"). In accordance with 28 U.S.C. § 636(b) and Local Rule 73.02, D.S.C., this matter was referred to the United States Magistrate Judge for pretrial handling. The Magistrate Judge issued a Report and Recommendation (R & R) on February 2, 2017, recommending that the decision of the Commissioner be reversed and remanded to the agency because the vocational expert failed to identify and resolve the discrepancy between the DOT and the limitations placed on Plaintiff's RFC by the Administrative Law Judge. (Dkt. No. 25). The Commissioner has advised the Court that she does not intend to file objections to the R & R. (Dkt. No. 27).

The Court has reviewed the R & R and the record evidence and finds that the Magistrate Judge has ably addressed the factual and legal issues in this matter. Therefore, the Court **ADOPTS** the Report and Recommendation as the order of this Court, **REVERSES** the decision of the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g), and **REMANDS** the

matter to the Commissioner for further proceedings consistent with this order.

    AND IT IS SO ORDERED.

                                              Richard Mark Gergel
                                              United States District Judge

Charleston, South Carolina
February 15, 2017